WILLIAM H. JEFFRIES, as Administrator of the Estate of HILDEGARD H. JEFFRIES, Deceased, Appellant, *v.* JAMES CHAMBERS et al., Respondents.

Submitted October 3, 1955; decided October 5, 1955.

*Lawrence J. McGinn* and *Patrick E. Gibbons* for motion to dismiss appeal and in opposition to motion to amend notice of appeal.

*Edwin H. Dembicer* opposed to motion to dismiss appeal and for motion to amend notice of appeal.

Motion to amend notice of appeal granted.

Motion to dismiss appeal granted upon the ground that the appeal was not taken within the time limited by statute.